**No. 48555.**—Protest 781413–G of H. A. Astlett & Co. (New York).

Opinion by CLINE, J.   At the trial it appeared that Dennison cardboard tags were fastened to the bags with wires, and that the sampler reported that the cards attached to the bags bore the words "Made in England."   The collector required that the bags be marked by stencil with the words "Made in England" before being released.   The plaintiff made no effort to establish that the tags would not become removed from the bags when they were opened.   The evidence was held not sufficient to overcome the presumption of correctness attaching to the collector's decision.   The protest was therefore overruled.   *United States* v. *Monteverde & Parodi, Inc.* (26 C. C. P. A. 112, C. A. D. 2) cited.

**No. 48556.**—Protest 785064–G of Reichard Coulston, Inc. (New York).

Opinion by CLINE, J.   The merchandise is crude earth.   The customs inspector reported that the bags bear a tag which is marked "Czecho Slovakia" but the bags themselves were not stenciled.   It appeared from the record that the plaintiff made no effort to establish that the tags would not become removed from the bags when they were opened.   The evidence was therefore held insufficient to overcome the presumption of correctness attaching to the collector's decision. The protest was overruled.   *United States* v. *Monteverde & Parodi, Inc.* (26 C. C..P. A. 112, C. A. D. 2) cited.

**No. 48557.**—Protest 793671–G of Lubin Sales Co. (New York).

Opinion by CLINE, J.   The merchandise consisted of an essence in tins packed in a wooden case.   The record showed that the tins and the wooden case were marked "Courberoie (Seine) Siege Social, Paris" and that the collector required that they be marked with the word "France" before being released.   The court was of the opinion that the marking on the tins and the case at the time of importation was not sufficient to indicate the name of the country of origin of the goods. The protest was therefore overruled.